No. 4403.—Pueblo, apldo., *v.* Díaz, aplte.—C. D. San Juan. Alterar la paz. Febrero 16, 1931.

No. 4404.—Pueblo, apldo., *v.* Díaz, aplte.—C. D. San Juan. Portar armas. Febrero 16, 1931.

No. 4414.—Pueblo, apldo., *v.* Ruiz et al., apltes.—C. D. San Juan. Infracción Ley de Sanidad. Marzo 2, 1931.

No. 4412.—Pueblo, apldo., *v.* Vives et als., apltes.—C. D. Ponce. Infracción artículo 137 del Código Penál. Marzo 2, 1931.

No. 4413.—Pueblo, apldo., *v.* Ruiz et al., apltes.—C. D. San Juan. Infracción Ley de Sanidad. Marzo 2, 1931.

No. 4411.—Pueblo, apldo., *v.* Vives (a) Tapalodo, aplte. —C. D. Ponce. Acometimiento y agresión grave. Marzo 2, 1931.

No. 4410.—Pueblo, apldo., *v.* Rivera, aplte.—C. D. Ponce. Acometimiento y agresión grave. Marzo 2, 1931.

No. 4409.—Pueblo, apldo., *v.* García, aplte.—C. D. San Juan. Infracción sección 1 Ley No. 28 de 1921. Marzo 2, 1931.

No. 4408.—Pueblo, apldo., *v.* Cosme et al., apltes.—C. D. San Juan. Adulteración de leche. Marzo 2, 1931.

No. 4407.—Pueblo, apldo., *v.* Fragoso, apltes.—C. D. San Juan. Portar armas. Marzo 2, 1931.

No. 4406.—Pueblo, apldo., v. Fragoso, aplte.—C. D. San Juan. Acometimiento grave. Marzo 2, 1931.

No. 4422.—Pueblo, apldo., *v.* Zayas, aplte.—C. D. San Juan. Acometimiento y agresión grave. Marzo 9, 1931.

No. 4421.—Pueblo, apldo., *v.* Font, aplte.—C. D. San Juan. Acometimiento y agresión grave. Marzo 9, 1931.

No. 4420.—Pueblo, apldo., *v.* Bonilla, aplte.—C. D. San Juan. Acometimiento y agresión con circunstancias agravantes. Marzo 9, 1931.

No. 4419.—Pueblo, apldo., *v.* Archilla, aplte.—C. D. San Juan. Acometimiento y agresión grave. Marzo 9, 1931.

No. 4418.—Pueblo, apldo., *v.* Oliveras, aplte.—C. D. San